1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | CARO MARKS, Bar #159267
Designated Counsel for Service
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

Attorney for Defendant
RODRIGO MACIEL-VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-cr-00436-MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| RODRIGO MACIEL-VALENCIA, | ) |
| | ) Date: January 5, 2012 |
| Defendant. | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. Morrison C. England Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for RODRIGO MACIEL-VALENCIA, that the status conference hearing date of December 15, 2011 be vacated, and the matter be set for status conference on January 5, 2012 at 9:00 a.m.

The reason for this continuance is as follows: the defendant has two prior felonies. After substantial research, defense counsel has concluded that neither of them qualifies as a "drug trafficking offense" as that term is used in U.S.S.G. § 2L1.2(b)(1)(A). This continuance will allow defense counsel to provide its research to the government and to Probation.

This continuance will also accommodate the government's holiday travel and give both parties time to examine this unusual issue. The defense may request another continuance if this does not give the parties sufficient time to examine the issue.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 5, 2012 pursuant to 18 U.S.C. §3161(h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: December 14, 2011.  Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Caro Marks
CARO MARKS
Designated Counsel for Service
Attorney for Rodrigo Maciel-Valencia

DATED: December 14, 2011.  BENJAMIN WAGNER
United States Attorney

/s/ Caro Marks for
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 15, 2011, status conference hearing be continued to January 5, 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the January 5, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

Dated: December 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE