1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RODRIGO MACIEL-VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR.S-11-436-MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
|  | ) **AND EXCLUDING TIME** |
| RODRIGO MACIEL-VALENCIA, | ) |
|  | ) Date: February 2, 2012 |
| Defendant. | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. Morrison C. England Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for RODRIGO MACIEL-VALENCIA, that the status conference hearing date of January 5, 2011 be vacated, and the matter be set for status conference on February 2, 2012 at 9:00 a.m.

The reason for this continuance is as follows: as noted in the parties' previously filed Stipulation and Proposed Order (Dec. 13, 2011) there is a legitimate question whether the defendant's prior felony qualifies as a "drug trafficking offense" as that term is used in U.S.S.G. § 2L1.2(b)(1)(A).

At the time that Stipulation was filed, Probation had not yet prepared the Alien Pre-Plea PSR.

Now, the PSR has been prepared and distributed. The defense strongly disagrees with Probation's conclusion that the defendant's prior conviction does in fact constitute a "drug trafficking offense".

Today, the defense concluded its research and is preparing to file objections to this portion of the PSR.

The parties seek a continuance to allow both Probation and government counsel time to consider the defense's objection, respond to it, and allow the defense to reply before ascertaining whether formal objections will have to be submitted. Government counsel is unavailable until January 5, 2011 and defense counsel is out of the country from January 6-23. By the time both counsel are present simultaneously in the Eastern District of California (January 23), Probation and government counsel will have had sufficient time to consider and respond to the defendant's objection. Then, the parties will know with certainty whether the court will be called upon to adjudicate the issue, or whether the PSR will be modified. As noted in the December 13 Stipulation, the parties may seek an additional continuance if it appears the matter will require further litigation.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including February 2, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel.

///

///

///

2

| | | |
|---|---|---|
| 1 | DATED: January 4, 2012. | Respectfully submitted, |
| 2 | | DANIEL J. BRODERICK<br>Federal Public Defender |
| 3 | | |
| 4 | | |
| 5 | | /s/ Caro Marks<br>CARO MARKS<br>Designated Counsel for Service |
| 6 | | Attorney for Rodrigo Maciel-Valencia |
| 7 | | |
| 8 | DATED: January 4, 2012. | BENJAMIN WAGNER<br>United States Attorney |
| 9 | | |
| 10 | | |
| 11 | | /s/ Caro Marks for<br>MICHELE BECKWITH<br>Assistant U.S. Attorney |
| 12 | | Attorney for Plaintiff |

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the January 5, 2011, status conference hearing be continued to February 2, 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the February 2, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: January 4, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE